599 A.2d 645

**COMMONWEALTH of Pennsylvania**

v.

**Robert MURPHY, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 21, 1991.

Decided Nov. 22, 1991.

Howard Lebofsky, Fort Washington, for appellant.

Gaele McLaughlin Barthold, Deputy Dist. Atty., Ronald Eisenberg, Chief, Appeals Div., Catherine Marshall, Asst. Dist. Atty., Philadelphia, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

590

## ORDER

PER CURIAM:

Order 384 Pa.Super. 644, 551 A.2d 596 affirmed.

NIX, C.J., and FLAHERTY and McDERMOTT, JJ., dissent.